# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130253
& (37)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK J. SEMKIW,
     Defendant-Appellant.

SC: 130253
COA: 255016
Wayne CC: 03-012193

_____/

On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the November 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

l0406